IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | COMPLAINT |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| BEACON HILL INVESTMENTS CORP. d/b/a SYNERGY HOME CARE, | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 <u>as amended</u> by Title I of the Civil Rights Act of 1991 ("Title VII") to correct unlawful employment discrimination on the basis of gender (sexual harassment) and opposition (retaliation), and to provide appropriate relief to Vernadette Hosea, Tammie Bush and a class of female employees, who were adversely affected by the unlawful practices. While employed by Defendant Beacon Hill Investments Corp. d/b/a Synergy Home Care ("Defendant"), Hosea, Bush and a class of female employees were subjected to discriminatory treatment because of their gender. The discriminatory treatment included being subjected to sexual harassment and being forced to resign (constructive discharge).

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title

VII"). This action is also authorized and instituted pursuant to Section 102 of Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful employment practices alleged in this complaint were committed within the jurisdiction of the United States District Court for the Southern District of Texas, Houston Division. Venue is appropriate in this court.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Beacon Hill Investments Corp. d/b/a Synergy Home Care, ("Defendant"), an Texas corporation, has continuously been doing business in the State of Texas and the City of Houston   and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF TITLE VII CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Vernadette Hosea and Tammie Bush each filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least April 1, 2008, Defendant has engaged in unlawful employment practices at its Houston, Texas facility, in violation of  Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Defendant hired of Hosea, Bush and a class of females as caregivers, providing

home health care to customers or patients of Defendant. On or about March or April 2008, Defendant assigned of Hosea, Bush and other female employees to attend to a home bound male patient. The caregivers were to provide home health care services for the patient at his home at all times, necessitating that they sleep at the house in a designated area. Shortly after receiving the assignment, of Hosea, Bush and other female employees were subjected to sexual harassment by the patient, including fondling their breasts, buttocks and genital area, and making sexually suggestive comments to them on a daily basis. The female caregivers were even accosted by him while they slept.

8. Hosea and Bush reported the harassment to several managers and requested a transfer. However, after each complaint, Defendant failed to take any remedial action and the harassment continued. Hosea and Bush submitted written objections to the conduct stating plainly that they believed the conduct was harassive and that they would be forced to resign if the conduct continued. However, Defendant failed to take any remedial action and the harassment continued.

9. Because of the intolerable working conditions they experienced, Hosea and Bush were forced to resign their positions effective May 30, 2008. Their forced resignations constitute a constructive discharge.

10. The effect of the practice(s) complained of above has been to deprive of Hosea, Bush and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their gender.

11. The unlawful employment practices complained of above were and are intentional.

12. The unlawful employment practices complained of above were and are done with malice or with reckless indifference to the federally protected rights of Hosea, Bush and a class of female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission requests that this Court:

A. Grant a permanent injunction enjoining the Defendant its officers, successors, assigns and all persons in active concert or participation with it, from engaging in an employment practice which discriminates on the basis of sex.

B. Grant a permanent injunction enjoining the Defendant its officers, successors, assigns and all persons in active concert or participation with it, from engaging in an employment practice which discriminates on the basis of sex, including subjecting its employees to a sexual hostile working environment.

C. Grant a permanent injunction enjoining the Defendant and its officers, successors, assigns and all persons in active concert or participation with it, from engaging in an employment practice which discriminates on the basis of opposition to discrimination.

D. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

E. Order Defendant to make whole Vernadette Hosea, Tammie Bush and a class of female employees by providing them appropriate backpay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to backpay and frontpay, with interest.

      F.      Order Defendant to make whole Vernadette Hosea, Tammie Bush and a class of female employees by providing them with compensation for past and future pecuniary losses resulting from the unlawful practices described above, including out-of-pocket such as job search expenses and insurance expenses in amounts to be proved at trial.

      G.      Order Defendant to make whole Vernadette Hosea, Tammie Bush and a class of female employees by providing them with compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to determined at trial.

      H.      Order Defendant to pay Vernadette Hosea, Tammie Bush and a class of female employees each punitive damages for its malicious and/or reckless conduct described above, in an amount to be determined at trial.

      I.      Grant such further relief as this Court deems necessary and proper in the public interest.

      J.      Award the Commission its costs of this action.

### JURY DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

      Respectfully submitted,

      David Lopez
      General Counsel

      James L. Lee
      Deputy General Counsel

      Gwendolyn Young Reams
      Associate General Counsel

Equal Employment Opportunity Commission
1801 L Street, N.W.
Washington, D.C. 20507

Jim Sacher
Regional Attorney
Houston District Office
1919 Smith Street, 7th Floor
Houston, Texas 77002


*/s/ Rudy L. Sustaita  /s/*
Rudy L. Sustaita
Senior Trial Attorney
Attorney-in-Charge
Texas Bar No. 19523560
S.D. Texas No. 11850
EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
Houston District Office
1919 Smith Street, 7th Floor
Houston, Texas 77002
Telephone: (713) 209-3400
Facsimile: (713) 209-3402